## Bee, Inc. v. Reading Coach Co., Appellant.

PER CURIAM, December 18, 1934:

It was agreed between the parties that the same judgment should be entered in this case as was entered in Bachman v. Reading Coach Company, to No. 327 October Term, 1934. Both cases arose from the same accident.

The judgment is accordingly affirmed.